EQUITABLE BUILDING & LOAN ASSOCIATION, APPELLEE, V.
Z. M. BAIRD ET.AL., APPELLANTS.

FILED APRIL 18, 1900.  No. 9,218.

Adjudicated by Another Case: CONTRACT WITH CORPORATION: ESTOP-
PEL: ARTICLES OF INCORPORATION: RECORD: BUILDING AND
LOAN ASSOCIATION. This case is governed by the principles an-
nounced in *Equitable Building & Loan Association v. Bidwell*, de-
cided herewith.

APPEAL from the district court of Dakota county.
Heard below before ROBINSON, J.  *Reversed.*

*Shull & Farnsworth, John T. Spencer* and *J. Fowler*, for
appellants.

*Jay & Welty* and *Swan, Lawrence & Swan, contra.*

SULLIVAN, J.

The questions presented by the record are identical with
those in *Equitable Building & Loan Association v. Bidwell*,
just decided.  On the authority of that case the judgment
is reversed and the cause remanded for further proceed-
ings.

REVERSED AND REMANDED.